UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

KRISTINA BENSON,

    Plaintiff,

v.                                                                                                 Civ. No. 16-1009 GJF

NANCY BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## ORDER GRANTING RECONSIDERATION

On July 26, 2017, the Court held a hearing on Plaintiff's Motion for Reconsideration ("Motion") [ECF No. 23] of this Court's Order Striking Plaintiff's Reply Brief [ECF No. 22]. For the reasons stated at the hearing and memorialized in the Court's minutes thereof, the Court **HEREBY GRANTS** Plaintiff's Motion.

**IT IS THEREFORE ORDERED** that the Court's Order Striking Plaintiff's Reply Brief is [ECF No. 22] is **VACATED.**

**IT IS FURTHER ORDERED** that Plaintiff's Reply [ECF No. 20] shall be filed by the Clerk of Court. The docket shall reflect a filing date of June 29, 2017.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE