UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

KRISTINA BENSON,

    Plaintiff,

v.                                                                            Civ. No. 16-1009 GJF

NANCY A. BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order under Federal Rule of Civil Procedure 58, entering judgment for Plaintiff.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*